**NOT FOR PUBLICATION**  **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM JONES, | Civil Action No.: 07-6106 (JLL) |
| Plaintiff, | |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | **ORDER** |
| Defendant. | |

**LINARES**, District Judge.

This matter comes before the Court by way of <u>pro se</u> Plaintiff William Jones' filing of a complaint, along with an application to proceed <u>in forma pauperis</u>, pursuant to 28 U.S.C. § 1915. The Court has considered Plaintiff's affidavit of indigence, and notes the following:

1. Plaintiff indicates that he has a checking or savings account, in response to question number four, but does not indicate the total amount he has in said account(s).

2. Plaintiff indicates that he owns a house, in response to question number five, but does not list its value.

3. Plaintiff indicates that he owns a car, in response to question number five, but does not list its value.

4. Plaintiff fails to answer question number six, which directs Plaintiff to list the persons who are dependent on him for support, as well as Plaintiff's relationship with such persons.

5. Thus, Plaintiff's application to proceed <u>in forma pauperis</u> is incomplete.

Accordingly, **IT IS** on this **22nd day of January, 2008,**

**ORDERED** that Plaintiff's application to proceed <u>in forma pauperis</u> is denied without

prejudice; and it is further

**ORDERED** that the Clerk of the Court shall supply to Plaintiff a blank form Application to Proceed In Forma Pauperis; and it is further

**ORDERED** that the Clerk of the Court shall administratively terminate this action, without the filing of the Complaint or assessing a filing fee; and it is further

**ORDERED** that if Plaintiff wishes to reopen this action, he shall so notify the Court, in writing, by **February 15, 2008**. Plaintiff's writing shall include either (1) a completed application to proceed in forma pauperis, including a completed affidavit of indigence, or (2) the $350.00 filing fee; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

**IT IS SO ORDERED.**

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE